IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KILGORE REALTY, LLC, Individually
and on behalf of others similarly
situated,

       Plaintiff,
vs.                                    CASE NO. 3:10cv156/RS-EMT

TRANSOCEAN, LTD; BP, PLC;
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC.; TRANSOCEAN DEEPWATER,
INC.; BP PRODUCTS NORTH AMERICA,
INC.; BP AMERICA; CAMERON INTERNATIONAL
CORPORATION; and HALLIBURTON ENERGY
SERVICES, INC.,

       Defendants.
_____/

## ORDER

Before me are the Motion For Stay Of Proceedings Pending Transfer By The Judicial Panel On Multidistrict Litigation (Doc. 8) and the Expedited Unopposed Motion Of BP Defendants For Extension Of Time To File Answer (Doc. 12).

**IT IS ORDERED** that all activity in this case is stayed by this court pending a final determination by the Judicial Panel On Multidistrict Litigation.

**ORDERED** on June 14, 2010.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**