**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


KILGORE REALTY, LLC, Individually
and on behalf of others similarly
situated,

      Plaintiff,

vs.                            CASE NO. 3:10cv156/RS-EMT

TRANSOCEAN, LTD; BP, PLC;
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC.; TRANSOCEAN DEEPWATER,
INC.; BP PRODUCTS NORTH AMERICA,
INC.; BP AMERICA; CAMERON INTERNATIONAL
CORPORATION; and HALLIBURTON ENERGY
SERVICES, INC.,

      Defendants.
_____/

## ORDER

The relief requested by Defendants' Motion To Extend Or Renew The Stay Of

Proceedings (Doc. 20) is **granted**.


**ORDERED** on August 23, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**